IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT CINCINNATI



| | | |
|---|---|---|
| **ROBERT BENNINGTON,**<br>114 West North Street<br>West Union, Ohio 45693<br>937-708-1476 | : <br>: <br>: <br>: | **CASE NO.**<br><br>**1:14CV688** |
| **Plaintiff,** acting pro se | : | |
| v. | : | |
| **MIKE DEWINE,**<br>30 East Broad St., 16th floor<br>Columbus, Ohio 43215 | : <br>: <br>: | Memorandum in Opposition to Dismissal |
| **Defendant,** in his official capacity as Ohio Attorney General | : <br>: <br>: | |
| and | : | |
| **David Kelly**<br>110 West Main Street Room 112<br>West Union, Ohio 45693-1389 | : <br>: <br>: | |
| **Defendant,** in his official capacity as Prosecutor, Adams **County, Ohio** | : <br>: <br>: | |

### Memorandum in Opposition to Dismissal

Plaintiff opposes dismissal and alternatively requests the court rename the action as a Petition for Writ of Habeus Corpus. It is clear from the body of the complaint this is what was intended and that the choice of title for the complaint is simply incorrect.

Granting the defendants an additional 60 days to prepare an answer to the case would alleviate any

constraints placed on the defendants as a result of the renaming.

If the court wishes to to simply dismiss this case to have Plaintiff refile under the correct title Plaintiff requests this case be dismissed without prejudice so as to not preclude the possibility of the Plaintiff refiling, however remote that likelihood may be.

## CERTIFICATE OF SERVICE

I hereby certify that on November 10th, 2014, I mailed my Memorandum of Opposition to Dismissal to the Clerk of Courts for filing. Upon the Clerk's Office docketing of this pleading, notice of this filing will be sent through the Court's electronic filing system to all parties represented by attorneys who are registered users of the Court's electronic filing system as provided for in Fed.R.Civ.P. 5(b)(2)(E).

Robert Bennington, pro se

*[signature]*

114 West North Street

West Union, Ohio 45693

937-708-1476

rlbconsulting66@gmail.com