IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Robert Lewis Bennington, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv688 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Ohio Attorney General, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 27, 2015 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 14, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motions to dismiss (Doc. 6 and 9) are **GRANTED**.  This case is here by **DISMISSED** from the docket of this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Judge Susan J. Dlott
United States District Court